NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES WITT,                               )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No.  2D16-3688
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____)

Opinion filed June 8, 2018.

Appeal from the Circuit Court for Polk
County; Glenn T. Shelby, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa,
for Appellee.


SILBERMAN, Judge.

          James Witt appeals his sentences for two counts of tampering with a

witness in a third-degree felony investigation which were imposed after revocation of

probation.  The written sentences designate Witt as a habitual felony offender (HFO)

and as a violent felony offender of special concern (VFOSC).  Witt filed a motion to

correct sentencing error pursuant to Florida Rule of Criminal Procedure 3.800(b), and the trial court determined that Witt was entitled to a resentencing hearing based on his sentence as an HFO and at which time the court would strike costs of prosecution over $100. The trial court denied Witt's challenge to his status as a VFOSC. The State points out in its brief that the record reflects that Witt withdrew his rule 3.800(b) motion in the trial court and that the resentencing hearing was cancelled. Therefore, we affirm Witt's sentences imposed after revocation of probation.

Affirmed.

KELLY and BADALAMENTI, JJ., Concur.